Rodolfo Rivera
Reg. No. 22157-111
FCI Yazoo City Low II
P.O. Box 5000
Yazoo City, MS. 39194

Clerk Of U.S. District Court
For The Southern District Of Mississippi
501 E. Court St. Ste. 2.500
Jackson, Mississippi 39201

-LEGAL MAIL-

RECEIVED
APR -3 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

39201-502825

FEDERAL CORRECTIONAL COMPLEX
P.O. Box 5666
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED
ON 3-31-25 THROUGH SPECIAL
MAILING PROCEDURE.

The letter has neither been opened or inspected if
the writer raises a question or problem over which
this facility has jurisdiction, you may wish to
return the material for further information or
clarification. If the writer encloses
correspondence for forwarding to another
addressee, please return the enclosure to the above
address.